**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TOM RICHARD DOYLE, JR., | § | |
| | § | |
| Defendant-Petitioner, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-02-0042 |
| | § | |
| UNITED STATES OF AMERICA, | § | CIVIL ACTION NO. H-07-0975 |
| | § | |
| Plaintiff-Respondent. | § | |
| | § | |

**ORDER**

Tom Richard Doyle, Jr., the defendant in this criminal case and the plaintiff in the related habeas suit, asserts that witnesses in his federal criminal trial gave statements contradicting their testimony in a state trial. To assist him in supporting his habeas petition, he has asked that his defense counsel in the criminal case be permitted to give him copies of the witnesses statements. These statements are FBI reports (302's). The government is opposed. To protect the interests of all involved, including the victim-witnesses as well as the defendant, the court orders that counsel be appointed for Doyle in the civil habeas case, to avoid the need to provide the 302's directly to the defendant. Magistrate Judge Mary Milloy will appoint counsel.

SIGNED on June 29, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge